IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEE DIVISION

MAURICE RICARDO
PETERSON,

   *Plaintiff*,

v.                          Case No.: 4:20cv395-MW/MJF

RICKY D. DIXON,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 29, is **accepted and adopted** as this Court's opinion. Petitioner's motion for default, ECF No. 28, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED** on May 27, 2022.

                                          s/Mark E. Walker_____
                                          **Chief United States District Judge**