IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE RICARDO
PETERSON,

   *Petitioner*,

v.                                     Case No.: 4:20cv395-MW/MJF

RICKY D. DIXON,

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 32. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 32, is **accepted and adopted** as this Court's opinion.

2. The Clerk shall enter judgment stating, "The amended petition for writ of habeas corpus, ECF No. 22, challenging the judgment and sentence in *State of Florida v. Maurice Peterson*, Gadsden County Circuit Court Case No. 2002-CF-75, is **DENIED**."

3. This Court **DENIES** any certificate of appealability.

4. The Clerk shall close the file.

      **SO ORDERED on June 28, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
